## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

          **Plaintiff,**

v.                                **Civil Action No.**

U. S. DEPARTMENT OF           **COMPLAINT FOR INJUNCTIVE RELIEF**
TREASURY
1500 Pennsylvania Ave. NW
Washington D.C. 20220 ,

          **Defendant.**
_____/

1. This is an action brought under the Freedom of Information Act ["FOIA"], 5 U.S.C. §552, as amended, to enjoin defendant from withholding from public disclosure certain records of the United States Department of Treasury ["Treasury"] within its possession and control.

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. §1331..

3. Plaintiff, Seized Property Recovery Corporation ["SPRC"], is a Florida corporation.

4. Treasury is an agency of the United States Executive Branch.

5. SPRC requested Treasury to provide records of money paid to EG& G for the

storage of merchandise seized and/or forfeited by the U. S. Customs & Border Protection on May 4, 2005.

6. SPRC has not received the requested records or an acknowledgment of the request.

7. By letter of August 1, 2005 SPRC filed an appeal under FOIA with Treasury for its failure to timely respond to the FOIA request.

8.. As of the filing of this complaint, SPRC has not received the requested records or an acknowledgment of the appeal from Treasury.

9. SPRC has exhausted its administrative remedies pursuant to 5 U.S.C. §552(a)(6)(A)(ii).

WHEREFORE, SPRC respectfully requests the Court:

1. To take jurisdiction of this cause of action;

2. To order Treasury to immediately release the requested records;

3. To grant such other and further relief as the Court may deem proper and just.

Respectfully submitted,

Peter S. Herrick
Attorney for SPRC
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email. pherrick@bellsouth.net
D.C. Bar No. 137935