CO-386-online
1/02

**FILED**

OCT - 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION )
3520 Crystal View Court )
Miami, FL 33133 )
                              Plaintiff )
             vs )
U.S. DEPARTMENT OF TREASURY )
1500 Pennsylvania Ave, NW )
Washington, D.C. 20220 )
                             Defendant )

Civil Action

CASE NUMBER 1:05CV01964

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/3/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Seized Property Recovery Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.



Attorney of Record

_____
Signature

__137935__
BAR IDENTIFICATION NO.

Peter S. Herrick
Print Name

__3520 Crystal View Court__
Address

__Miami, FL   33133__
City         State         Zip Code

__305-858-2332__
Phone Number