AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, FL 33133

                     Plaintiff,

                     V.

U.S. DEPARTMENT OF TREASURY
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

                     Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01964

CASE NUM          JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/█/2005

TO: (Name and address of Defendant)

U.S. DEPARTMENT OF TREASURY
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within _____**30**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT - 3 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | October 19, 2005 |
| NAME OF SERVER (PRINT)     Peter S. Herrick | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  U.S. Postal Service Certified Mail Return Receipt

_____

_____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL      NA | SERVICES      $4.88 | | TOTAL      $4.88 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/04/2005
                     Date

Signature of Server

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL  33133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of
 Treasury
1500 Pennsylvania Ave., NW
Washington, DC    20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *M. Williams*          ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

OCT 1 8 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)          7004 2510 0003 9646 2773

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540