UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORP., )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>DEPARTMENT OF TREASURY,    )<br>)<br>)<br>Defendant.    )<br>_____ ) | Civil Action No. 05-1894 (ESH) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530
(202) 514-7238

Dated: November 15, 2005

**CERTIFICATE OF SERVICE**

     I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Charles E. Forrester, Jr.
>#09565-007
>POB 630
>Winton, N.C. 27986

on this 14th day of October, 2005.

 

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530