# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORP.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1964 (ESH)** |
| ) | |
| **DEPARTMENT OF TREASURY,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ————————————————) | |

## ANSWER TO COMPLAINT

Defendant, by and through, the United States Attorney for the District of Columbia, hereby

answers the complaint as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff, Seized Property Recovery Corporation, has not filed any FOIA requests

with the Department of State.

### THIRD  DEFENSE

Plaintiff has failed to exhaust its administrative remedies.

In response to the specific allegations of the complaint, Defendant states as follows:

1.  The Defendant  admits that it has possession of the records but denies that it has control

of those records.  Defendant avers that Customs and Border Protection (CBP) is a constituent agency

of the Department of Homeland Security and in fact is the owner of and controls the requested

records.

2.  The Defendant denies that it is withholding records from the plaintiff and thus asserts that the court does not have jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B).  Defendant admits that it has not yet provided the records, but avers that it has researched its files and fully intends to provide the records that have been requested.  Defendant denies the remainder of paragraph 2.

3.  Defendant has no information upon which to admit or deny this allegation.

4.  Defendant admits that it is an Executive Department and an Executive Agency of the United States Government as those terms are defined in 5 U.S.C. §§ 101 and 105 respectively.

5.  Defendant denies that Plaintiff requested records of money paid to EG&G for the storage of merchandise seized and/or forfeited by the U.S. Customs and Border Protection on May 4, 2005. Defendant avers that it received a letter addressed to Bill Bradley, Esq., Executive Office for Asset Forfeiture, dated May 4, 2005, signed by Peter S. Herrick on letterhead from Herrick Nikas, Attorneys at Law, requesting records of money paid to EG&G for the storage of merchandise seized and/or forfeited by the U.S. Customs and Border Protection.  Defendant further avers that the letter from Mr. Herring did not state that he represented Plaintiff or any other corporation or individual. Defendant denies the remainder of paragraph 5.

6.  Admit that Plaintiff has not received the requested records, and deny the remainder of paragraph 6.

7. Defendant denies that Plaintiff filed a proper appeal under FOIA for the failure to timely respond to the FOIA request. Defendant avers that a letter dated August 1, 2005, signed by Peter S. Herrick on Seized Property Recovery Corporation letterhead with FREEDOM OF INFORMATION ACT APPEAL was received. Defendant denies the remainder of paragraph 7.

8. Defendant admits that as of the date the complaint was filed with the United States District Court for the District of Columbia on October 3, 2005, it had not provided any records to Plaintiff. Defendant denies the remainder of paragraph 8.

9. Defendant denies that Plaintiff has exhausted its administrative remedies. Defendant further avers that a response to Mr. Herrick's May 4, 2005 request has been provided on or about November 16, 2005.

## **PRAYER FOR RELIEF**

The remainder of the complaint is a demand for judgment and prayer for relief in the Plaintiff's complaint, which requires no answer. To the extent that an answer is deemed required, Defendant denies that the Plaintiff is entitled to the relief requested or any relief whatsoever.

The Defendant denies each and every allegation set forth in Plaintiff's complaint not specifically admitted herein.

WHEREFORE, having fully answered, Defendant respectfully requests that the Court dismiss the Complaint with prejudice and award Defendant such further relief as the Court may deem appropriate.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____

R. CRAIG  LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____

BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**