UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SEIZED PROPERTY RECOVERY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1964 (ESH) |
| | ) | |
| DEPARTMENT OF TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1), all parties to this action hereby stipulate to a dismissal of the action with prejudice. Each party will bear its own fees and costs.

Respectfully submitted,

_/s/_
Peter S. Herrick , Esq.
3520 Crystal View Court
Miami, FL 33133-4025
(305) 858-2332
Fax: (305) 858-6347
Email: pherrick@bellsouth.net

_/s/_
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_/s/_
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_/s/_
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

Case 1:05-cv-01964-ESH    Document 8    Filed 12/05/2005    Page 2 of 2